AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Keesler, David C. | N Carolina - District Court | 08/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

401 West Trade Street
Room 168
Charlotte, NC 28202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | self-employed, interior designer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. -DWS ENHANCED COMMODITY STRAT SKIRX | A | Dividend | | | Sold | 08/12/19 | J | | |
| 3. -FUNDVANTAGE TR GOTHAM ABSOLUTE RETURN GARIX | A | Dividend | | | Sold | 08/12/19 | J | | |
| 4. -EATON VANCE MUTUAL FDS TR GLOBAL MARCO ABSLT EGRIX | A | Dividend | | | Sold | 08/12/19 | J | | |
| 5. -GABELLI EQUITY SER FD SML CAP GROWTH FUND GACIX | A | Dividend | | | Sold | 08/12/19 | J | | |
| 6. FIDELITY 500 INDEX FUND FXAIX | B | Dividend | J | T | Buy | 02/13/19 | J | | |
| 7. | | | | | Sold (part) | 04/12/19 | J | | |
| 8. | | | | | Buy (add'l) | 06/07/19 | J | | |
| 9. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 10. | | | | | Sold (part) | 12/02/19 | J | | |
| 11. -GOLDMAN SACHS TR FTIXX | A | Dividend | J | T | | | | | |
| 12. -HARTFORD MULT FDS INC MIDCAP FUND CL 1 HFMIX | B | Dividend | J | T | | | | | |
| 13. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 14. -JOHN HANCOCK JCUIX | A | Dividend | | | Sold | 12/05/19 | J | | |
| 15. -LAZARD FDS IM EQUITY PORT INSTL SHS LZIEX | A | Dividend | | | Sold | 08/12/19 | K | | |
| 16. -OPPENHEIMER DEV ODVYX | B | Dividend | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -LOCORR INVT TRUST MACROSTRATEGIES FUND CLASS 1 LFMIX | A | Dividend | J | T | Buy | 12/06/19 | J | | |
| 18. -MFS SER TR I VALUE FD CL I MEIIX | C | Dividend | K | T | Buy | 03/21/19 | J | | |
| 19. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 20. | | | | | Sold (part) | 12/02/19 | J | | |
| 21. -MERIDIAN FD INC SMALL CAP GROWTH FD MISGX | A | Dividend | J | T | Buy (add'l) | 08/12/19 | J | | |
| 22. | | | | | Sold (part) | 12/02/19 | J | | |
| 23. -JP MORGAN TR 1 JLPSX | A | Dividend | | | Sold | 02/13/19 | K | | |
| 24. -METROPOLITAN WEST FDS TOTAL RETURN BD FD CL I MWTIX | A | Dividend | K | T | Buy | 08/12/19 | K | | |
| 25. -MAINSTAY LARGE CAP GROWTH FD CL I MLAIX | A | Dividend | K | T | Buy (add'l) | 02/03/19 | J | | |
| 26. | | | | | Sold (part) | 06/07/19 | J | | |
| 27. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 28. | | | | | Sold (part) | 12/02/19 | J | | |
| 29. -PRINCIPAL FS INC GLOBAL MULTI STRATEGY FD INSTL CL PSMIX | A | Dividend | | | Sold | 02/13/19 | J | | |
| 30. -PRINCIPAL FUNDS INC GLOBAL REAL ESTATE POSIX | A | Dividend | | | Sold (part) | 06/07/19 | J | | |
| 31. | | | | | Sold | 08/12/19 | J | | |
| 32. -NUVEEN INVT FDS INC REAL ESTATE SECS CL I FARCX | A | Dividend | | | Sold | 08/12/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. -BLACKROCK CORE BOND PORTFOLIO BFMCX | A | Dividend | | | Sold | 08/12/19 | J | | |
| 34. -AMERICAN FUNDS EUROPACIFIC GROWTH FD CLASS F-2 AEPFX | B | Dividend | J | T | Buy | 08/12/19 | J | | |
| 35. | | | | | Buy (add'l) | 08/13/19 | J | | |
| 36. -PIMCO FDS PAC IVT MGMT SER EMERGING PEBIX | A | Dividend | J | T | | | | | |
| 37. -PRINCIPAL FDS INC PHYTX | A | Dividend | J | T | | | | | |
| 38. -TCW DIVERSIFIED VALUE TGDIX | A | Dividend | | | Sold | 03/21/19 | K | | |
| 39. -UNDISCOVERED MANAGERS BEHAVIORAL VALUE CLASS I UBVLX | B | Dividend | J | T | Buy | 08/12/19 | J | | |
| 40. | | | | | Sold (part) | 12/02/19 | J | | |
| 41. -NATIXIS FDS TR II ASG ASFYX | A | Dividend | J | T | Sold (part) | 08/24/19 | J | | |
| 42. -VIRTUS FUNDS EMG MARKETS OPPORTUNITIES FND CL I HIEMX | B | Dividend | J | T | Sold (part) | 08/12/19 | J | | |
| 43. -WELLS FARGO FUNDS TR SPECIAL MID CAP VALUE FD CL 1 WFMIX | B | Dividend | J | T | Sold (part) | 06/07/19 | J | | |
| 44. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 45. -BRIGHTHOUSE LIFE INS CO PROD C SHARE VARIABLE ANNUITY | A | Dividend | L | T | | | | | |
| 46. IRA #3 (H) | | | | | | | | | |
| 47. -COLUMBIA ACORN FUND CLASS A LACAX | A | Dividend | | | Sold (part) | 01/24/19 | J | | |
| 48. | | | | | Sold | 12/12/19 | J | | |
| 49. 529 PLAN #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Keesler, David C.** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 50. | INTERMEDIATE BOND FDS 529 CL A CBOAX | A | Dividend | J | T | | | | | |
| 51. | WASHINGTON FUNDS MUTUAL INVS FD CL 529-A CWMAX | A | Dividend | J | T | | | | | |
| 52. | 529 PLAN #2 (H) | | | | | | | | | |
| 53. | THE INCOME FUND OF AMERICA 529 CL A CIMCX | A | Dividend | J | T | | | | | |
| 54. | CAPITAL WORLD GROWTH & INCOME FUND CL 529-A CWIAX | A | Dividend | J | T | | | | | |
| 55. | GROWTH FD OF AMERICA INC CL 529-A CGFAX | A | Dividend | J | T | | | | | |
| 56. | INCOME FD OF AMERICA 529 CL C CIMCX | A | Dividend | J | T | | | | | |
| 57. | INTERMEDIATE BOND FDS 529 CL A CBOAX | A | Dividend | | | Distributed | 08/06/19 | J | | |
| 58. | WASHINGTON FUNDS MUTUAL INVS FD CL 529-A CWMAX | A | Dividend | | | Distributed | 06/27/19 | J | | |
| 59. | AMERICAN FUNDS MONEY MARKET FUND CLASS 529-A AAFXX | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 60. | IRA #4 (H) | | | | | | | | | |
| 61. | -DSW ENHANCED COMMODITY STRAT SKIRX | A | Dividend | | | Sold | 08/06/19 | J | | |
| 62. | -BLAIR WILLIAM FDS INTL GROWTH BIGIX | A | Dividend | | | Sold | 03/19/19 | J | | |
| 63. | -EAGLE SMALL GAP GROWTH FUND CLASS I HSIIX | A | Dividend | J | T | | | | | |
| 64. | -DODGE & COX FDS INTL STK DODFX | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 65. | | | | | | Buy<br>(add'l) | 08/06/19 | J | | |
| 66. | -EATON VANCE SER II INCOME FUND INSTL CL EIBIX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 67. -AMG FUNDS TIMESSQUARE MID CAP TQMIX | A | Dividend | J | T | | | | | |
| 68. -GOLDMAN SACHS TR FINL SQ TREA FTIXX | A | Dividend | J | T | | | | | |
| 69. -HANCOCK JOHN CAP SER CLASSIC VALUE CL I JCVIX | A | Dividend | J | T | | | | | |
| 70. -HOTCHKIS & WILEY FDS MID CAP HWMIX | A | Dividend | | | Sold | 02/21/19 | J | | |
| 71. -AMERICAN FUNDS WASHINGTON MUTUAL FD F2 WMFFX | A | Dividend | J | T | | | | | |
| 72. -OPPENHEIMER DEV MKTS ODVYX | A | Dividend | | T | Buy (add'l) | 08/06/19 | J | | |
| 73. -LAZARD FDS INC LZEMX | A | Dividend | J | T | Buy (add'l) | 08/16/19 | J | | |
| 74. -MFS SER TR 1 VALUE FD CL 1 MEIIX | A | Dividend | J | T | | | | | |
| 75. -MFS SER TR X EMERGING MKTS DEBT FD CLASS I MEDIX | A | Dividend | J | T | | | | | |
| 76. -MAINSTAY LARGE CAP GROWTH FD CLASS I MLAIX | A | Dividend | J | T | | | | | |
| 77. -WELLS FARGO FDS TR SMALL WEMIX | A | Dividend | J | T | | | | | |
| 78. -PRINCIPAL FUNDS INC GLOBAL REAL ESTATE SECS FUND INSTL CLASS POSIX | A | Dividend | | | Sold | 08/06/19 | J | | |
| 79. -T TOWE PRICE REAL EST FUND INC TRREX | A | Dividend | | | Sold | 08/06/19 | J | | |
| 80. -T ROWE PRICE INTL FD OVERSEAS STK TROSX | A | Dividend | J | T | | | | | |
| 81. -VIRTUS ASSET TR CERDEDEX MID CAP VALUE EQUITY FUND CLI SMVTX | A | Dividend | J | T | Buy | 02/21/19 | J | | |
| 82. | | | | | Buy (add'l) | 08/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 83. -VICTORY PORTFOLIOS SMALL CO OPPTY FD VSOIX | A | Dividend | J | T | | | | | |
| 84. -VOYA SER FD INC LARGE CAP GROWTH FD CL I PLCIX | A | Dividend | J | T | | | | | |
| 85. -WELLS FARGO FDS TR CORE BOND FUND CLASS INST MBFIX | A | Dividend | J | T | | | | | |
| 86. IRA # 5 (H) | | | | | | | | | |
| 87. -DAVIS NEW YORK VENTURE FUND INC CL C NYVCX | A | Dividend | | | Sold | 04/12/19 | J | | |
| 88. BANK OF AMERICA (REGULAR SAVINGS, INTEREST CHKG) | A | Interest | J | T | | | | | |
| 89. IRA #6 (H) | | | | | | | | | |
| 90. -FRANKLIN SMALL MID CAP GROWTH C FRSGX | A | Dividend | | | Distributed | 05/21/19 | J | | |
| 91. -SOUTH STATE COMMON STOCK (Y) | | | | | | | | | |
| 92. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 08/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 50 was incorrectly reported on FDR 2018 as Distributed, should have been reported as Distributed (Part)
Line 51 was incorrectly reported on FDR 2018 as Distributed, should have been reported as Distributed (Part)
Line 91 is under repoting limit

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ David C. Keesler**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544